UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO BELTRAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF LEROY BACA, et al.,<br><br>　　　　Defendants. | Case No. CV 07-4087-R (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that: (1) defendant Baca's Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 is granted and (2) Judgment shall be entered dismissing this action without prejudice.

DATED:  January 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE