# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO BELTRAN, | Case No. CV 07-4087-R (JTL) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| SHERIFF LEROY BACA, et al., | |
| Defendants. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 6, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE